#922191
96231-116282

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ACUITY,** | ) | CASE NO.: 1:07CV1289 |
| | ) | |
| | ) | **JUDGE BOYKO** |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| v. | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) | |
| **MARS TRUCKING, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Pursuant to Rule 41(a)(1) plaintiff hereby dismisses its action without prejudice.

Respectfully submitted,

 s/ D John Travis
**D JOHN TRAVIS (0011247)**
**Trial Attorney**
**Gallagher Sharp**
Sixth Floor, Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Telefax)
Attorney for Plaintiff Acuity

IT IS SO ORDERED

s/Christopher A. Boyko
U.S. District Court Judge

Date: May 24, 2007